UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHOLIC CHARITIES OF JACKSON,
LENAWEE AND HILLSDALE COUNTIES,
et al.,

        Plaintiffs,                 Case No. 1:24–cv–00718–JMB–SJB

v.                                    Hon. Jane M. Beckering

GRETCHEN WHITMER, et al.,

        Defendants.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE**

     NOTICE is hereby given that the above-captioned case was filed in this court on July 12, 2024 .   The case has been assigned to Jane M. Beckering .

                                          CLERK OF COURT

Dated:  July 12, 2024        By:   /s/ J. Morse_____
                                                 Deputy Clerk