UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHOLIC CHARITIES OF JACKSON,
LENAWEE AND HILLSDALE COUNTIES
and EMILY MCJONES,

    Plaintiffs,

v

GRETCHEN WHITMER, in her official capacity as Governor of Michigan;

DANA NESSEL, in her official capacity as Attorney General of Michigan;

AMY GUMBRECHT, in her official capacity as Director of the Bureau of Professional Licensing in the Michigan Department of Licensing and Regulatory Affairs;

ELIZABETH HERTEL, in her official capacity as director of the Michigan Department of Health and Human Services;

NAPOLEON HARRINGTON, SHERI PICKOVER, LESLEY ADDISON, LAURA MAMMEN, ROBIN CHOSA, MARY BILLMAN, WALTER HARPER, CHARLES HUGHES, JANET GLAES, ROTESA BAKER, ROBERTO OVERTON, and COURTENAY MORSI, in their official capacities as members of the Michigan Board of Counseling,

JULIAN DIAZ, DANIELLE HOOVER, JANET JOINER, MARIA PETRIDES, PETRA ALSOOFY, MAXINE THOME, VICTOR WEIPERT, ROCHELLE VRSEK, and CHINA SELLS, in their official capacities as member of the Michigan Board of Social Workers; and

No. 1:24-cv-00718-JMB-SJB

HON. JANE M. BECKERING

MAG. SALLY J. BERENS

**STIPULATED ORDER TO EXTEND TIME FOR DEFENDANT ATTORNEY GENERAL TO RESPOND TO THE COMPLAINT**

LATRICIA POWELL, JOHN RANDLE,
GARY HARPER, FRANCES BROWN,
CHARMEKA NEWTON, HARPER WEST,
MELISSA GREY, BRANDELL ADAMS, and
COURTENAY MORSI, in their official
capacities as members of the Michigan
Board of Psychology,

        Defendants.

| | |
|---|---|
| Luke Goodrich<br>Adele Keim<br>Daniel L. Chen<br>Kelly R. Oeltjenbruns<br>The Becket Fund for Religious Liberty<br>Attorneys for Plaintiffs<br>1919 Pennsylvania Ave., NW, Ste. 400<br>Washington, DC  20006<br>(202) 955-0095<br>lgoodrich@becketlaw.org<br>akeim@becketlaw.org<br>dchen@becketlaw.org<br>koeltjenbruns@becketlaw.org | Christopher W. Braverman (P70025)<br>Daniel J. Ping (P81482)<br>Christopher Allen (P75329)<br>Gallant Fish (P82196)<br>Assistant Attorney General<br>Michigan Dep't of Attorney General<br>Attorneys for Defendants<br>P.O. Box 30736<br>Lansing, MI  48909<br>(517) 335-7632<br>BravermanC@michigan.gov<br>PingD@michigan.gov<br>AllenC2@michigan.gov<br>FishG2@michigan.gov |

**STIPULATED ORDER TO EXTEND TIME FOR DEFENDANT ATTORNEY GENERAL TO RESPOND TO THE COMPLAINT**

The above captioned parties, through their attorneys, stipulate that the deadline for Defendant Attorney General Nessel (Attorney General) is extended as follows:

    1.    The Attorney General was personally served with a copy of the Summons and Complaint on July 15, 2024.  (PageID.106-107.)  Accordingly, her deadline to answer or respond to the Complaint is August 5, 2024.  Fed. R. Civ. P. 12(a)(1)(A)(i).

2

2. All other named defendants have since waived service under Fed. R. Civ. P. 4(d). (PageID.108-114.)

3. Because all other defendants have waived service, their deadline to answer or respond to the Complaint is 60 days after the requested waiver, which is September 16, 2024. Fed. R. Civ. P. 12(a)(1)(A)(ii).

THEREFORE, the parties agree that the Attorney General's deadline shall be extended to September 16, 2024 to align with the deadline for the other defendants.

IT IS SO ORDERED.

Dated: July __23__, 2024

      /s/ Jane M. Beckering
HON. JANE M. BECKERING

Stipulated and Approved for Entry:

*/s/ Luke Goodrich (with permission)*
Luke Goodrich
Attorney for Plaintiffs

*/s/ Christopher W. Braverman*
Christopher W. Braverman (P70025)
Attorney for Defendants

3