UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CATHOLIC CHARITIES OF JACKSON, LENAWEE AND HILLSDALE COUNTIES and EMILY MCJONES,<br><br>                                     Plaintiffs,<br><br>    v.<br><br>GRETCHEN WHITMER, ET AL.,<br><br>                                    Defendants. | Civil No. 1:24-cv-00718-JMB-SJB<br><br>**UNOPPOSED MOTION OF DAVID WIEDIS FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

David Wiedis moves the Court for leave to file an amicus brief, attached hereto as Exhibit 1, in support of Plaintiffs' Motion for Preliminary Injunction. Neither Plaintiffs nor the State of Michigan Defendants oppose this motion.

**REASONS FOR GRANTING LEAVE TO FILE**

Mr. Wiedis is the founder and Executive Director of ServingLeaders Ministries, a Christian ministry that provides counseling services to pastors, ministry leaders, and their families to help them deal with the pressures of ministry and the devastation to families and churches that results from the lack of pastoral care for ministry leaders. Mr. Wiedis founded ServingLeaders after twenty years of practicing law and obtaining a Masters in Christian Counseling from the Philadelphia Biblical University (now Cairn University), where he serves as an adjunct faculty member, teaching courses on ethical, moral, and legal issues in counseling.

Mr. Wiedis seeks to help other Christians through his ministry by providing biblical, Christ-centered counseling based on his and his clients' shared worldview. He and other counseling colleagues, including those who are licensed, both within his organization and within associated Christian institutions, provide their counseling services based on biblical precepts that many counselees specifically seek because of their own religious beliefs.

Through his *amicus* brief, Mr. Wiedis seeks to bring to the Court's attention the scientific literature documenting the importance of integrating religious and spiritual beliefs into counseling practice to emphasize how the First Amendment guarantees of free speech and the free exercise of religion are necessary to ensure effective counseling for religious adherents.

## CONCLUSION

The Court should grant leave to file the *amicus* brief so that the Court may consider the constitutional issues in this case in light of the cited scientific literature.

Dated: August 9, 2024
/s/ *Sean P. Gates*

SEAN P. GATES
Charis Lex P.C.
155 N. Lake Ave., Ste. 800
Pasadena, CA 91101
(626) 508-1715
(626) 508-1730 (fax)
sgates@charislex.com

*Counsel for* David Wiedis as *Amicus Curiae*