UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CATHOLIC CHARITIES OF JACKSON, LENAWEE AND HILLSDALE COUNTIES and EMILY MCJONES,<br><br>Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, ET AL.,<br><br>Defendants. | Civil No. 1:24-cv-00718-JMB-SJB<br><br>**CERTIFICATE OF CONCURRENCE RE MOTION OF DAVID WIEDIS FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Local Rule of Civil Procedure 7.1(d), counsel for David Wiedis contacted counsel for Plaintiffs and Defendants by email on August 3, 2024 seeking concurrence on Mr. Wiedis's motion for leave to file an a*micus* brief. Counsel for Plaintiffs and the Michigan State Defendants stated that they will not oppose the motion.

Dated: August 9, 2024

*/s/ Sean P. Gates*
---
SEAN P. GATES
Charis Lex P.C.
155 N. Lake Ave., Ste. 800
Pasadena, CA  91101
(626) 508-1715
(626) 508-1730 (fax)
sgates@charislex.com

*Counsel for* David Wiedis as *Amicus Curiae*