# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CATHOLIC CHARITIES OF JACKSON, LENAWEE AND HILLSDALE COUNTIES and EMILY MCJONES,<br><br>Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, ET AL.,<br><br>Defendants. | Civil No. 1:24-cv-00718-JMB-SJB<br><br>**ORDER GRANTING UNOPPOSED MOTION OF DAVID WIEDIS FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Good cause appearing, he unopposed motion of David Wiedis for leave to file an amicus brief is granted.

IT IS SO ORDERED

Dated: _____

                                                HON. JANE M. BECKERING
                                                U.S. DISTRICT JUDGE