# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CATHOLIC CHARITIES OF JACKSON, LENAWEE AND HILLSDALE COUNTIES and EMILY MCJONES,<br><br>　　Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, *et al.*,<br><br>　　Defendants. | Civil No. 1:24-cv-00718-JMB-SJB<br><br>**CERTIFICATE OF CONCURRENCE FOR UNOPPOSED MOTION OF THE ETHICS AND PUBLIC POLICY CENTER FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS** |

　　Pursuant to Local Civil Rule 7.1(d), undersigned counsel for The Ethics and Public Policy Center ("EPPC") communicated with counsel for Plaintiffs and Defendants by email on August 8, 2024, seeking concurrence on the EPPC's motion for leave to file an amicus brief. Counsel for Plaintiffs consented to the motion, and Defendants stated that they will not oppose the motion.

　　Respectfully submitted, this 9th day of August, 2024.

　　　　　　　　　　　　　　　　　　/s/B. Tyler Brooks
　　　　　　　　　　　　　　　　　　B. Tyler Brooks (P82567)
　　　　　　　　　　　　　　　　　　THOMAS MORE SOCIETY
　　　　　　　　　　　　　　　　　　309 W. Washington Street
　　　　　　　　　　　　　　　　　　Suite 1250
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Telephone: (312) 782-1680
　　　　　　　　　　　　　　　　　　tbrooks@thomasmoresociety.org

　　　　　　　　　　　　　　　　　　*Counsel for Amicus Curiae*
　　　　　　　　　　　　　　　　　　*Ethics and Public Policy Center*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, I filed a copy of the foregoing document via CM/ECF, which will send a copy to counsel of record for all parties.

**SERVED**:

Luke Goodrich, Esq.
Daniel Chen, Esq.
Kelly R. Oeltjenbruns, Esq.
Adele Keim, Esq.
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave., NW, Ste. 400
Washington, DC 20006

*Counsel for Plaintiffs*

Christopher M. Allen, Esq.
Daniel John Ping, Esq.
Christopher W. Braverman, Esq.
Gallant Fish, Esq.
DEPARTMENT OF ATTORNEY GENERAL
STATE OF MICHIGAN
525 W Ottawa St.
P.O. Box 30212
Lansing, MI 48909

*Counsel for Defendants*

Dated: August 9, 2024               /s/B. Tyler Brooks
                                    B. Tyler Brooks (P82567)
                                    THOMAS MORE SOCIETY
                                    309 W. Washington St.
                                    Suite 1250
                                    Chicago, IL 60606
                                    Telephone: (336) 707-8855
                                    Fax: (336) 900-6535
                                    tbrooks@thomasmoresociety.org