## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

CATHOLIC CHARITIES OF
JACKSON, LENAWEE AND
HILLSDALE COUNTIES and
EMILY MCJONES,

    Plaintiffs,

v.

GRETCHEN WHITMER, *et al.*,

    Defendants.

Civil No. 1:24-cv-00718-JMB-SJB

**ORDER**

    Before the Court is the unopposed motion of The Ethics and Public Policy Center ("EPPC") for leave to file a brief as amicus curiae in support of Plaintiffs and their request for a preliminary injunction.

    For good cause shown, the motion is hereby GRANTED, and EPPC shall promptly file its brief through CM/ECF.

    **SO ORDERED**, this _____ day of August 2024.

_____
THE HONORABLE JANE M. BECKERING
UNITED STATES DISTRICT JUDGE