Case 1:24-cv-00718-JMB-SJB   ECF No. 20,  PageID.382   Filed 08/09/24   Page 1 of 1

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

Reset Form

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Catholic Charities of Jackson et al.

       Plaintiff(s),

v.

Gretchen Whitmer et al.

       Defendant(s).

_____ /

Case No. 1:24-cv-00718-JMB-SJB

Hon. Jane M. Beckering

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, __the Ethics and Public Policy Center__ (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?  ☐ Yes  ☑ No

2. Does party have any parent corporations?  ☐ Yes  ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?  ☐ Yes  ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  ☐ Yes  ☑ No
   If yes, identify entity and nature of interest:

Date: _____8/9/2024_____

/s/B. Tyler Brooks
_____
(Signature)
THOMAS MORE SOCIETY
309 W. Washington Street, Suite 1250
Chicago, IL 60606
Telephone: (336) 707-8855
tbrooks@thomasmoresociety.org