## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CATHOLIC CHARITIES OF JACKSON, LENAWEE AND HILLSDALE COUNTIES and EMILY MCJONES, <br><br> *Plaintiffs,* <br><br> v. <br><br> GRETCHEN WHITMER, ET AL., <br><br> *Defendants.* | Civil No. 1:24-cv-00718-JMB-SJB <br><br> **NOTICE OF APPEAL** |

Plaintiffs Catholic Charities of Jackson, Lenawee and Hillsdale Counties and Emily McJones appeal to the United States Court of Appeals for the Sixth Circuit from the Court's Order (ECF No. 39) denying Plaintiffs' motion for a preliminary injunction, entered on January 28, 2025.

Dated: January 30, 2025

Respectfully submitted,

/s/ Luke Goodrich
Luke W. Goodrich
Adèle Keim
Daniel L. Chen
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090