UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHOLIC CHARITIES OF JACKSON,
LENAWEE AND HILLSDALE COUNTIES
and EMILY MCJONES,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Case No. 1:24-cv-718

HON. JANE M. BECKERING

## **ORDER**

On January 28, 2025, this Court issued an Opinion and Order denying Plaintiffs' Motion for Preliminary Injunction (ECF No. 39). On January 30, 2025, Plaintiffs filed a Notice of Interlocutory Appeal from this Court's decision to the Court of Appeals for the Sixth Circuit (ECF No. 40), which assigned the appeal Case No. 25-1105 (ECF No. 41). Now pending before the Court is the parties' February 3, 2025 Stipulation and proposed order to stay proceedings pending the appellate process (ECF No. 42). Having reviewed the parties' Stipulation and the case posture, the Court determines that this case is properly stayed pending resolution of the parties' appeal(s). The Court will also administratively close this matter until the stay has been lifted. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 42) is GRANTED, and this matter, including all existing deadlines and proceedings, is STAYED and ADMINISTRATIVELY CLOSED until the appellate process is concluded. This closing is for administrative purposes only and does not constitute a decision on the merits.

**IT IS FURTHER ORDERED** that any party may file a Notice of Reopening Case within 7 days of either (1) the expiration of the period to seek a writ of certiorari in the United States Supreme Court, or (2) the conclusion of proceedings in the United States Supreme Court, which shall have the effect of reopening the case as of the date of the Notice.

Dated: February 4, 2025  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge