UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHOLIC CHARITIES OF JACKSON,
LENAWEE AND HILLSDALE
COUNTIES, et al.,

     Plaintiffs,

                                    Case No. 1:24-cv-718

v.

                                      HON. JANE M. BECKERING

GRETCHEN WHITMER, et al.,

     Defendants.

_____/

## **ORDER**

This matter is before the Court on the parties' Joint Notice regarding the progress of their negotiations (ECF No. 52).  The parties request thirty days to attempt to reach a full resolution of this matter.  The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the parties shall continue to confer and attempt in good faith to reach a full resolution and shall, not later than June 15, 2026, file appropriate dismissal papers, if a resolution is reached, or a joint notice indicating that the parties were unable to reach a resolution of this case and requesting that a deadline be set for Defendants' answer or other response to the Complaint, with a proposed deadline for the filing.

Dated: May 18, 2026                        /s/ Jane M. Beckering
                                        JANE M. BECKERING
                                        United States District Judge